FILED

05/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0146

ORIGINAL

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA-20-0146

FILED

MAY 07 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

- - - - - - - - - - - - - - - - - - - - - - - - - - -

**TED SEE and CORBIN SEE,**

      **Plaintiffs and Appellees,**

-vs-

**CHRISTENSEN RANCH PARTNERSHIP,**
**a Montana Partnership, and**
**CHRIS D. CHRISTENSEN,**

      **Defendants and Appellants,**

- - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER GRANTING APPELLANTS' MOTION FOR EXTENSION OF TIME

- - - - - - - - - - - - - - - - - - - - - - - - - - -

**APPEARANCES:**

| | |
|---|---|
| **Matthew W. Knierim** | **Bruce A. Fredrickson** |
| **Katie Knierim** | **Kristin L. Omvig** |
| **CHRISTOFFERSEN & KNIERIM, P.C.** | **ROCKY MOUNTAIN LAW** |
| **630 2nd Ave S, Suite E** |   **PARTNERS, PC** |
| **P. O. Box 29** | **1830 3rd Ave E, Suite 301** |
| **Glasgow, MT 59230-0029** | **PO Box 1758** |
| **Telephone: (406) 228-2487** | **Kalispell, MT 59903-1758** |
| **Email:  2matt@nemont.net** | **Telephone: (406) 314-6011** |
|     **ksknierim@nemont.net** | **Email: bruce@rmtlawp.com** |
| |       **Kristin@mtlawp.com** |
| **ATTORNEYS FOR** | **ATTORNEYS FOR** |
| **DEFENDANTS AND APPELLANTS** | **PLAINTIFFS AND APPELLEES** |

Pursuant to Motion for Extension of Time to file their opening brief filed by the Defendants and Appellants, CHRISTENSEN RANCH PARTNERSHIP, a Montana Partnership, and CHRIS D. CHRISTENSEN, and there being no opposition by opposing counsel, for good cause shown,

IT IS ORDERED that Defendants/Appellants are granted a thirty day extension until June 15, 2020 within which to file their opening brief.

DATED this ___7___ day of May, 2020.

CLERK OF THE SUPREME COURT

cc: Matthew W. Knierim, Katie S. Knierim, Bruce A. Fredrickson, Kristin L. Omvig,

-2-